# EXHIBIT 2



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    4/11/2023

INVOICE NO:    68406

CLIENT REF:

### **CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S116205: 15 bags of Uganda Robusta Specialty Grade Screen 18+** | **1,984.14 lbs** | **154.50 USC/LB** | **$ 3,065.50** |
| ICO Marks: 035/0170/5022 LOT:765. Container #: HLXU1131460 | | | |
| **S119715: 50 bags of Decaf Blend # 445 Scr 16+** | **6,613.80 lbs** | **184.50 USC/LB** | **$ 12,202.46** |
| ICO Marks: PT35159. Container #: BEAU6075848 | | | |

Charge:          Storage and Financing costs (S116205 11 months)          **$ 421.51**

**TOTAL DUE TO SERENGETI:   $ 15,689.47**

DUE DATE:     May 26, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:      ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
12.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    4/19/2023

INVOICE NO:    68500

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S116205: 50 bags of Uganda Robusta Specialty Grade Screen 18+** | **6,613.80 lbs** | **154.50 USC/LB** | **$ 10,218.32** |
| ICO Marks: 035/0170/5022 LOT:765. Container #: HLXU1131460 | | | |
| **S119715: 10 bags of Decaf Blend # 445 Scr 16+** | **1,322.76 lbs** | **184.50 USC/LB** | **$ 2,440.49** |
| ICO Marks: PT35159. Container #: BEAU6075848 | | | |

Charge:        Storage and Financing costs (11 months S116205)        **$ 1,405.02**

**TOTAL DUE TO SERENGETI:    $ 14,063.83**

DUE DATE:    June 03, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank: PNC
Beneficiary: The Serengeti Trading Co., LP
ACH Routing # 071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address: 249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION: Payments received after due date will be assessed interest charges at 12.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    4/28/2023

INVOICE NO:    68618

CLIENT REF:

### CONTRACT DETAILS:

**S116205: 10 bags of Uganda Robusta Specialty Grade Screen 18+**    1,322.76 lbs    154.50 USC/LB    $ 2,043.66
ICO Marks: 035/0170/5022 LOT:765. Container #: HLXU1131460

**S118699: 35 bags of Nicaragua Organic**    5,324.11 lbs    190.00 USC/LB    $ 10,115.81
ICO Marks: 017/0341/0109. Container #: MRKU8962956

**S119715: 10 bags of Decaf Blend # 445 Scr 16+**    1,322.76 lbs    184.50 USC/LB    $ 2,440.49
ICO Marks: PT35159. Container #: BEAU6075848

Charge:    Storage and Financing costs (S118699 $758.69 6 months,, S116205    **$ 1,065.24**
$306.55 12 months)

**TOTAL DUE TO SERENGETI:    $ 15,665.20**

DUE DATE:    June 12, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
12.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     5/17/2024

INVOICE NO:     73155

CLIENT REF:

### CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S118539: 45 bags of Indo Java**<br>ICO Marks: 015/0826/0286. Container #: TGHU2663123 | **5,952.42 lbs** | **192.20 USC/LB** | **$ 11,440.55** |
| **S121923: 72 bags of Organic Uganda Washed Arabica**<br>ICO Marks: 035/0170/5011391. Container #: TCKU1129415 | **9,523.87 lbs** | **147.00 USC/LB** | **$ 14,000.09** |
| **S123875: 10 bags of Decaf Arabica #512**<br>ICO Marks: PT37775. Container #: FANU3579910 | **1,322.76 lbs** | **204.00 USC/LB** | **$ 2,698.43** |

Charge:     Storage and Financing costs (S118539, 16 months  $2,288.11, S121923, 5 months $875.01)     **$ 3,163.12**

**TOTAL DUE TO SERENGETI:     $ 31,302.19**

DUE DATE:     July 01, 2024 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at 15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     5/22/2023

INVOICE NO:        68876

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S115361: 45 bags of FTO Guatemala SHB EP** | **6,845.28 lbs** | **346.00 USC/LB** | **$ 23,684.68** |
| ICO Marks: 011/0965/0037. Container #: HASU1261582 | | | |
| **S120046: 15 bags of Decaf Blend # 445 Scr 16+** | **1,984.14 lbs** | **206.00 USC/LB** | **$ 4,087.33** |
| ICO Marks: PT35159. Container #: BEAU6075848 | | | |

| Charge: | Storage and Financing costs (11 months) | | **$ 3,256.64** |
|---|---|---|---|
| | **TOTAL DUE TO SERENGETI:** | | **$ 31,028.65** |

DUE DATE:     July 06, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
             Bank:  PNC
             Beneficiary:  The Serengeti Trading Co., LP
             ACH Routing #  071921891
             Domestic Wires # 043000096
             Bank Account # 4943354523
             Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
             Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

             ATTENTION:  Payments received after due date will be assessed interest charges at
             12.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     6/15/2023

INVOICE NO:        69147

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S115361: 49 bags of FTO Guatemala SHB EP** | **7,453.75 lbs** | **346.00 USC/LB** | **$ 25,789.98** |
| ICO Marks: 011/0965/0037. Container #: HASU1261582 | | | |
| **S115361: 1 bag of FTO Guatemala SHB EP** | **152.12 lbs** | **346.00 USC/LB** | **$ 526.33** |
| ICO Marks: 011/56398/0024. Container #: MRKU7719582 | | | |
| **S120046: 15 bags of Decaf Blend # 445 Scr 16+** | **1,984.14 lbs** | **206.00 USC/LB** | **$ 4,087.33** |
| ICO Marks: PT35159. Container #: BEAU6075848 | | | |

| | | |
|---|---|---|
| Charge: | Storage and Financing costs (S115361 11 months) | **$ 3,618.49** |
| | **TOTAL DUE TO SERENGETI:** | **$ 34,022.13** |

DUE DATE:     July 30, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing # 071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    6/27/2023

INVOICE NO:    69178

CLIENT REF:

### CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S118700: 45 bags of Nicaragua Organic** | **6,845.28 lbs** | **190.00 USC/LB** | **$ 13,006.04** |
| ICO Marks: 017/0341/0109. Container #: MRKU8962956 | | | |
| **S120046: 15 bags of Decaf Blend # 445 Scr 16+** | **1,984.14 lbs** | **206.00 USC/LB** | **$ 4,087.33** |
| ICO Marks: PT35159. Container #: BEAU6075848 | | | |

| | | |
|---|---|---|
| Charge: | Storage and Financing costs (S118700 6 months) | **$ 975.45** |
| | **TOTAL DUE TO SERENGETI:** | **$ 18,068.82** |

DUE DATE:    August 11, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    6/27/2023

INVOICE NO:    69306

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S120046: 20 bags of Decaf Blend # 445 Scr 16+** | **2,645.52 lbs** | **206.00 USC/LB** | **$ 5,449.77** |
| ICO Marks: PT35159. Container #: BEAU6075848 | | | |
| **S120424: 40 bags of Guatemala SHB EP Organic Huehuetenango** | **6,084.70 lbs** | **293.00 USC/LB** | **$ 17,828.16** |
| ICO Marks: 011/56398/0024. Container #: MRKU7719582 | | | |

**TOTAL DUE TO SERENGETI:    $ 23,277.93**

DUE DATE:    August 11, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    6/28/2023

INVOICE NO:    69323

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S120528: 50 bags of Organic Uganda Washed Arabica** | **6,613.80 lbs** | **145.00 USC/LB** | **$ 9,590.01** |
| ICO Marks: 035/0170/5011391. Container #: TCKU1129415 | | | |

| | |
|---|---|
| **TOTAL DUE TO SERENGETI:** | **$ 9,590.01** |

DUE DATE:    August 12, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     7/18/2023

INVOICE NO:          69541

CLIENT REF:

### CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S116205: 1 bag of Uganda Robusta Specialty Grade Screen 18+** | **132.28 lbs** | **154.50 USC/LB** | **$ 204.37** |
| ICO Marks: 035/0170/5022 LOT:765. Container #: HLXU1131460 | | | |
| **S116205: 59 bags of Uganda Robusta Specialty Grade Screen 18+** | **7,804.28 lbs** | **154.50 USC/LB** | **$ 12,057.62** |
| ICO Marks: 035/0170/5022 LOT:764. Container #: BEAU2220697 | | | |

| Charge: | Storage and Financing costs (14 months) | **$ 2,145.85** |
|---|---|---|
| | **TOTAL DUE TO SERENGETI:** | **$ 14,407.84** |

DUE DATE:     September 01, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    7/18/2023

INVOICE NO:        69423

CLIENT REF:

### CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S120424: 10 bags of Guatemala SHB EP Organic Huehuetenango** | **1,521.17 lbs** | **293.00 USC/LB** | **$ 4,457.04** |
| ICO Marks: 011/56398/0024. Container #: MRKU7719582 | | | |
| **S120626: 30 bags of Decaf Blend # 445 Scr 16+** | **3,968.28 lbs** | **182.00 USC/LB** | **$ 7,222.27** |
| ICO Marks: PT35949. Container #: MSMU4401991 | | | |
| **S120780: 30 bags of Organic Uganda Washed Arabica** | **3,968.28 lbs** | **145.00 USC/LB** | **$ 5,754.01** |
| ICO Marks: 035/0170/5011391. Container #: TCKU1129415 | | | |

**TOTAL DUE TO SERENGETI:    $ 17,433.32**

DUE DATE:    September 01, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    7/24/2023

INVOICE NO:        69592

CLIENT REF:

## CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S120424: 23 bags of Organic Guatemala SHB EP Huehuetenango** | 3,498.70 lbs | 293.00 USC/LB | $ 10,251.19 |
| ICO Marks: 011/56398/0024. Container #: MRKU7719582 | | | |
| Charge:       Storage and Financing costs (1 month | | | **$ 128.14** |
| | | **TOTAL DUE TO SERENGETI:** | **$ 10,379.33** |

DUE DATE:      September 07, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:       ELECTRONIC PAYMENT INSTRUCTIONS
                Bank:  PNC
                Beneficiary:  The Serengeti Trading Co., LP
                ACH Routing #  071921891
                Domestic Wires # 043000096
                Bank Account # 4943354523
                Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
                Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

                ATTENTION:  Payments received after due date will be assessed interest charges at
                15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

19100 Hamilton Pool Road - Dripping Springs, Texas 78620

PH 512-358-9595   FAX 512-358-9596   www.serengetitrading.com        Fair Trade USA ID #3437

# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     8/22/2023

INVOICE NO:        69882

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S121173: 50 bags of Organic Uganda Washed Arabica** | 6,613.80 lbs | 145.00 USC/LB | $ 9,590.01 |
| ICO Marks: 035/0170/5011391. Container #: TCKU1129415 | | | |

**TOTAL DUE TO SERENGETI:**     **$ 9,590.01**

DUE DATE:     October 06, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at 15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    8/22/2023

INVOICE NO:        69754

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S120424: 20 bags of Honduras SHG EP Organic** | **3,042.35 lbs** | **263.00 USC/LB** | **$ 8,001.38** |
| ICO Marks: 013/0181/0170. Container #: CAIU4805535 | | | |
| **S120626: 20 bags of Decaf Blend # 445 Scr 16+** | **2,645.52 lbs** | **182.00 USC/LB** | **$ 4,814.85** |
| ICO Marks: PT35949. Container #: MSMU4401991 | | | |

| Charge: | Storage and Financing costs (1 month) | **$ 105.01** |
|---|---|---|
| | **TOTAL DUE TO SERENGETI:** | **$ 12,921.24** |

DUE DATE:    October 06, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    9/21/2023

INVOICE NO:    70137

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S118539: 10 bags of Indo Java** | **1,322.76 lbs** | **192.20 USC/LB** | **$ 2,542.34** |
| ICO Marks: 015/0826/0286. Container #: TGHU2663123 | | | |
| **S118539: 20 bags of Indo Java** | **2,645.52 lbs** | **192.20 USC/LB** | **$ 5,084.69** |
| ICO Marks: 015/0826/0285. Container #: GLDU9636843 | | | |
| **S120626: 30 bags of Decaf Blend # 445 Scr 16+** | **3,968.28 lbs** | **182.00 USC/LB** | **$ 7,222.27** |
| ICO Marks: PT35949. Container #: MSMU4401991 | | | |

Charge:        Storage and Financing costs (S118539 8 months $762.70, S120626           **$ 852.98**
               $90.28 1 month)

                                    **TOTAL DUE TO SERENGETI:**    **$ 15,702.28**

DUE DATE:    November 05, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
            Bank:  PNC
            Beneficiary:  The Serengeti Trading Co., LP
            ACH Routing #  071921891
            Domestic Wires # 043000096
            Bank Account # 4943354523
            Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
            Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

            ATTENTION:  Payments received after due date will be assessed interest charges at
            15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:      9/22/2023

INVOICE NO:        70322

CLIENT REF:

**CONTRACT DETAILS:**

**S118539: 60 bags of Indo Java**                     **7,936.56 lbs       192.20 USC/LB       $ 15,254.07**
ICO Marks: 015/0826/0286. Container #: TGHU2663123

Charge:              Storage and Financing costs (8 months)                                   **$ 1,525.41**

                                             **TOTAL DUE TO SERENGETI:       $ 16,779.48**

DUE DATE:    November 06, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
             Bank:  PNC
             Beneficiary:  The Serengeti Trading Co., LP
             ACH Routing #  071921891
             Domestic Wires # 043000096
             Bank Account # 4943354523
             Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
             Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

             ATTENTION:  Payments received after due date will be assessed interest charges at
             15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    10/20/2023

INVOICE NO:    70652

CLIENT REF:

**<u>CONTRACT DETAILS:</u>**

| | | | |
|---|---|---|---|
| **S120626: 20 bags of Decaf Blend # 445 Scr 16+** | **2,645.52 lbs** | **182.00 USC/LB** | **$ 4,814.85** |
| ICO Marks: PT35949. Container #: MSMU4401991 | | | |

| | | |
|---|---|---|
| Charge: | Storage and Financing costs (2 months) | **$ 146.30** |
| | **TOTAL DUE TO SERENGETI:** | **$ 4,961.15** |

DUE DATE:    December 04, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
                  Bank:  PNC
                  Beneficiary:  The Serengeti Trading Co., LP
                  ACH Routing #  071921891
                  Domestic Wires # 043000096
                  Bank Account # 4943354523
                  Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
                  Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

                  ATTENTION:  Payments received after due date will be assessed interest charges at
                  15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     10/27/2023

INVOICE NO:     70726

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S121173: 50 bags of Organic Uganda Washed Arabica** | **6,613.80 lbs** | **145.00 USC/LB** | **$ 9,590.01** |
| ICO Marks: 035/0170/5011391. Container #: TCKU1129415 | | | |

| | | | |
|---|---|---|---|
| Charge: | Storage and Financing costs (1 month) | | **$ 119.88** |
| | | **TOTAL DUE TO SERENGETI:** | **$ 9,709.89** |

DUE DATE:     December 11, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
           Bank:  PNC
           Beneficiary:  The Serengeti Trading Co., LP
           ACH Routing #  071921891
           Domestic Wires # 043000096
           Bank Account # 4943354523
           Bank Address: 249 Fifth Avenue, Pittsburgh, PA 15219
           Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

           ATTENTION:  Payments received after due date will be assessed interest charges at
           15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:      10/27/2023

INVOICE NO:      70727

CLIENT REF:

**CONTRACT DETAILS:**

**S118701: 60 bags of Nicaragua Organic**                     **9,127.04 lbs**   **190.00 USC/LB**   **$ 17,341.38**
ICO Marks: 017/0341/0109. Container #: MRKU8962956

Charge:              Storage and Financing costs (9 months)                          **$ 1,950.91**

                                                    **TOTAL DUE TO SERENGETI:**   **$ 19,292.29**

DUE DATE:      December 11, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:      ELECTRONIC PAYMENT INSTRUCTIONS
                      Bank:  PNC
                      Beneficiary:  The Serengeti Trading Co., LP
                      ACH Routing #  071921891
                      Domestic Wires # 043000096
                      Bank Account # 4943354523
                      Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
                      Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

                      ATTENTION:  Payments received after due date will be assessed interest charges at
                      15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

19100 Hamilton Pool Road - Dripping Springs, Texas 78620

PH 512-358-9595  FAX 512-358-9596  www.serengetitrading.com        Fair Trade USA ID #3437



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    10/27/2023

INVOICE NO:    70728

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S118700: 16 bags of Nicaragua Organic** | 2,433.88 lbs | 190.00 USC/LB | $ 4,624.37 |
| ICO Marks: 017/0341/0109. Container #: MRKU8962956 | | | |
| **S118701: 35 bags of Nicaragua Organic** | 5,324.11 lbs | 190.00 USC/LB | $ 10,115.81 |
| ICO Marks: 017/0341/0109. Container #: MRKU8962956 | | | |

Charge:    Storage and Financing costs (S118700, 11 months $783.68,, S118701,    **$ 2,048.16**
10 months $1,264.48)

**TOTAL DUE TO SERENGETI:    $ 16,788.34**

DUE DATE:    December 11, 2023 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    1/16/2024

INVOICE NO:    71594

CLIENT REF:

## CONTRACT DETAILS:

**S116205: 20 bags of Uganda Robusta Specialty Grade Screen 18+**      2,645.52 lbs      154.50 USC/LB      $ 4,087.33
ICO Marks: 035/0170/5022 LOT:764. Container #: BEAU2220697

**S118539: 15 bags of Indo Java**      1,984.14 lbs      192.20 USC/LB      $ 3,813.52
ICO Marks: 015/0826/0286. Container #: TGHU2663123

**S121923: 35 bags of Organic Uganda Washed Arabica**      4,629.66 lbs      147.00 USC/LB      $ 6,805.60
ICO Marks: 035/0170/5011391. Container #: TCKU1129415

**S122456: 10 bags of Decaf Blend # 445 Scr 16+**      1,322.76 lbs      204.00 USC/LB      $ 2,698.43
ICO Marks: PT36856. Container #: TCNU1788232

Charge:          Storage and Financing costs (S118539 12 months S572.03, S116205 20      **$ 1,678.93**
                 months $1021.83,, S121923 1 month S85.07)

**TOTAL DUE TO SERENGETI:      $ 19,083.81**

DUE DATE:    March 01, 2024 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
             Bank:  PNC
             Beneficiary:  The Serengeti Trading Co., LP
             ACH Routing # 071921891
             Domestic Wires # 043000096
             Bank Account # 4943354523
             Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
             Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

             ATTENTION:  Payments received after due date will be assessed interest charges at
             15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     5/17/2024

INVOICE NO:        73155

CLIENT REF:

## CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S118539: 45 bags of Indo Java** | **5,952.42 lbs** | **192.20 USC/LB** | **$ 11,440.55** |
| ICO Marks: 015/0826/0286. Container #: TGHU2663123 | | | |
| **S121923: 72 bags of Organic Uganda Washed Arabica** | **9,523.87 lbs** | **147.00 USC/LB** | **$ 14,000.09** |
| ICO Marks: 035/0170/5011391. Container #: TCKU1129415 | | | |
| **S123875: 10 bags of Decaf Arabica #512** | **1,322.76 lbs** | **204.00 USC/LB** | **$ 2,698.43** |
| ICO Marks: PT37775. Container #: FANU3579910 | | | |

Charge:        Storage and Financing costs (S118539, 16 months  $2,288.11, S121923,   **$ 3,163.12**
5 months $875.01)

**TOTAL DUE TO SERENGETI:    $ 31,302.19**

DUE DATE:     July 01, 2024 (Net Cash Due Within Forty Five Days From Delivery Order.)

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:    6/5/2024

INVOICE NO:    73271

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S123933: 50 bags of FTO Guatemala SHB EP** | **7,605.87 lbs** | **312.00 USC/LB** | **$ 23,730.31** |
| ICO Marks: 011/16160/0062 . | | | |
| **S124061: 7 bags of Decaf Arabica #512** | **925.93 lbs** | **235.00 USC/LB** | **$ 2,175.94** |
| ICO Marks: PT37775. Container #: FANU3579910 | | | |

Charge:    Existing Debt ($3,500) Storage and Financing costs (1 month S123933    **$ 3,796.63**
$296.63)

**TOTAL DUE TO SERENGETI:    $ 29,702.88**

DUE DATE:    June 05, 2024 (Payment prior to delivery order. )

PAYMENT:    ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

## PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     6/11/2024

INVOICE NO:     73463

CLIENT REF:

### CONTRACT DETAILS:

| | | | |
|---|---|---|---|
| **S123933: 50 bags of FTO Guatemala SHB EP** | **7,605.87 lbs** | **312.00 USC/LB** | **$ 23,730.31** |
| ICO Marks: 011/16160/0062 . | | | |
| **S124122: 7 bags of Decaf Arabica #512** | **925.93 lbs** | **225.00 USC/LB** | **$ 2,083.35** |
| ICO Marks: PT37775. Container #: FANU3579910 | | | |

Charge:          Existing Debt ($3,500), Storage and Financing costs (1 month S123933     **$ 3,796.63**
                 $296.63)

**TOTAL DUE TO SERENGETI:   $ 29,610.29**

DUE DATE:     June 11, 2024 (Payment prior to delivery order. )

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
             Bank:  PNC
             Beneficiary:  The Serengeti Trading Co., LP
             ACH Routing #  071921891
             Domestic Wires # 043000096
             Bank Account # 4943354523
             Bank Address: 249 Fifth Avenue, Pittsburgh, PA 15219
             Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

             ATTENTION:  Payments received after due date will be assessed interest charges at
             15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.



# The Serengeti Trading Co.

### PEOPLE • ENVIRONMENT • COFFEE

EMPIRE COFFEE COMPANY
106 PURDY AVE
PORTCHESTER, NY 10573
FT ID: 1000483

Date:     6/14/2024

INVOICE NO:     73505

CLIENT REF:

**CONTRACT DETAILS:**

| | | | |
|---|---|---|---|
| **S123933: 50 bags of FTO Guatemala SHB EP** | **7,605.87 lbs** | **312.00 USC/LB** | **$ 23,730.31** |
| ICO Marks: 011/16160/0062 . | | | |
| **S124143: 7 bags of Decaf Arabica #512** | **925.93 lbs** | **230.00 USC/LB** | **$ 2,129.64** |
| ICO Marks: PT37775. Container #: FANU3579910 | | | |

Charge:     Existing Debt ($3,500), Storage and Financing costs (1 month S123933     **$ 3,796.63**
$296.63)

**TOTAL DUE TO SERENGETI:     $ 29,656.58**

DUE DATE:     June 14, 2024 (Payment prior to delivery order. )

PAYMENT:     ELECTRONIC PAYMENT INSTRUCTIONS
Bank:  PNC
Beneficiary:  The Serengeti Trading Co., LP
ACH Routing #  071921891
Domestic Wires # 043000096
Bank Account # 4943354523
Bank Address:  249 Fifth Avenue, Pittsburgh, PA 15219
Mailing Address: 19100 Hamilton Pool Road, Dripping Springs, TX 78620

ATTENTION:  Payments received after due date will be assessed interest charges at
15.00% - No exceptions.

Food Safety Notice: This product has not been processed to control microbial pathogens, physical or
chemical hazards, or toxins that might be present. Green coffee is a raw agricultural product requiring
further processing prior to consumption.

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 5/2/2023 | L3530 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| | Net 45 | 6/16/2023 |

| Description | Amount |
|-------------|--------|
| Inv 65868 Total $19038.18 Due 10/10/2022 Paid 4/17/2023 Days Late 189; Total x Late x Interest rate (.00033) = | 1,187.41 |
| Inv 65708 Total $11904.02 Due 10/6/2022 Paid 4/17/2023 Days Late 193; Total x Late x Interest rate (.00033) = | 758.17 |
| Inv 66251 Total $13742.66 Due 11/11/2022 Paid 4/25/2023 Days Late 165; Total x Late x Interest rate (.00033) = | 748.29 |
| Inv 66335 Total $12275.21 Due 11/18/2022 Paid 4/28/2023 Days Late 161; Total x Late x Interest rate (.00033) = | 652.18 |
| Inv 66441 Total $12275.21 Due 11/27/2022 Paid 4/28/2023 Days Late 152; Total x Late x Interest rate (.00033) = | 615.72 |
| Inv 66021 Total $9096.88 Due 10/23/2022 Paid 4/20/2023 Days Late 179; Total x Late x Interest rate (.00033) = | 537.35 |
| Inv 65707 Total $6161.82 Due 10/6/2022 Paid 4/17/2023 Days Late 193; Total x Late x Interest rate (.00033) = | 392.45 |
| Inv 66201 Total $6614.13 Due 11/6/2022 Paid 4/25/2023 Days Late 170; Total x Late x Interest rate (.00033) = | 371.05 |
| Inv 66201 Total $6303.12 Due 11/6/2022 Paid 4/20/2023 Days Late 165; Total x Late x Interest rate (.00033) = | 343.20 |
| Inv 65707 Total $3495.98 Due 10/6/2022 Paid 4/17/2023 Days Late 193; Total x Late x Interest rate (.00033) = | 222.66 |
| Inv 66021 Total $1905.67 Due 10/23/2022 Paid 4/17/2023 Days Late 176; Total x Late x Interest rate (.00033) = | 110.68 |

| | **Total** | $5,939.16 |
|--|-----------|-----------|

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 5/17/2023 | L3540 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 5/17/2023 |

| Description | Amount |
|-------------|--------|
| Inv 66462 Total $20218.39 Due 12/3/2022 Paid 5/1/2023 Days Late 149; Total x Late x Interest rate (.00033) = | 994.14 |
| Inv 66545 Total $19534.3 Due 12/5/2022 Paid 5/8/2023 Days Late 154; Total x Late x Interest rate (.00033) = | 992.73 |
| Inv 66521 Total $12872.12 Due 12/3/2022 Paid 5/1/2023 Days Late 149; Total x Late x Interest rate (.00033) = | 632.92 |
| Inv 66521 Total $6165.7 Due 12/3/2022 Paid 5/8/2023 Days Late 156; Total x Late x Interest rate (.00033) = | 317.41 |

| | **Total** | $2,937.20 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 6/1/2023 | L3551 |

**Bill To**

Empire Coffee Company
106 Purdy Avenue
Portchester, NY 10573

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 6/1/2023 |

| Description | Amount |
|-------------|--------|
| Inv 66623 Total $16283.84 Due 12/22/2022 Paid 5/17/2023 Days Late 146; Total x Late x Interest rate (.00033) = | 784.56 |
| Inv 66753 Total $15607.09 Due 12/23/2022 Paid 5/22/2023 Days Late 150; Total x Late x Interest rate (.00033) = | 772.55 |
| Inv 67057 Total $14599.75 Due 1/20/2023 Paid 5/26/2023 Days Late 126; Total x Late x Interest rate (.00033) = | 607.06 |
| Inv 67013 Total $10300.25 Due 1/29/2023 Paid 5/26/2023 Days Late 117; Total x Late x Interest rate (.00033) = | 397.69 |
| Inv 66753 Total $2508.1 Due 12/23/2022 Paid 5/17/2023 Days Late 145; Total x Late x Interest rate (.00033) = | 120.01 |
| Inv 67057 Total $2944.59 Due 1/20/2023 Paid 5/22/2023 Days Late 122; Total x Late x Interest rate (.00033) = | 118.55 |

| **Total** | $2,800.42 |

# Invoice

The Serengeti Trading Company, LP

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 6/20/2023 | L3565 |

**Bill To**

Empire Coffee Company
106 Purdy Avenue
Portchester, NY 10573

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 6/20/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67013 Total $11783.72 Due 1/29/2023 Paid 6/7/2023 Days Late 129; Total x Late x Interest rate (.000411) = | 624.76 |
| Inv 67154 Total $11322.83 Due 1/29/2023 Paid 6/7/2023 Days Late 129; Total x Late x Interest rate (.000411) = | 600.33 |
| Inv 67155 Total $5493.45 Due 1/29/2023 Paid 6/7/2023 Days Late 129; Total x Late x Interest rate (.000411) = | 291.26 |

| | **Total** | $1,516.35 |
|---|-----------|-----------|

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 7/17/2023 | L3591 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Net 45 | 8/31/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67188 Total $14219.47 Due 2/3/2023 Paid 7/5/2023 Days Late 152; Total x Late x Interest rate (.000411) = | 888.32 |
| Inv 67155 Total $9954.36 Due 1/29/2023 Paid 7/5/2023 Days Late 157; Total x Late x Interest rate (.000411) = | 642.32 |
| Inv 67278 Total $6626.17 Due 2/12/2023 Paid 7/5/2023 Days Late 143; Total x Late x Interest rate (.000411) = | 389.44 |

| | **Total** | $1,920.08 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 8/2/2023 | L3602 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 8/2/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67353 Total $12595.88 Due 2/23/2023 Paid 7/18/2023 Days Late 145; Total x Late x Interest rate (.000411) = | 750.65 |
| Inv 67411 Total $7199.82 Due 2/24/2023 Paid 7/31/2023 Days Late 157; Total x Late x Interest rate (.000411) = | 464.58 |
| Inv 67278 Total $5560 Due 2/12/2023 Paid 7/18/2023 Days Late 156; Total x Late x Interest rate (.000411) = | 356.48 |
| Inv 67278 Total $5470.19 Due 2/12/2023 Paid 7/18/2023 Days Late 156; Total x Late x Interest rate (.000411) = | 350.73 |
| Inv 67353 Total $5060.48 Due 2/23/2023 Paid 7/31/2023 Days Late 158; Total x Late x Interest rate (.000411) = | 328.62 |

| | **Total** | $2,251.06 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 8/16/2023 | L3618 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 8/16/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67493 Total $15490.1 Due 3/4/2023 Paid 8/11/2023 Days Late 160; Total x Late x Interest rate (.000411) = | 1,018.63 |
| Inv 67572 Total $11789.15 Due 3/12/2023 Paid 8/15/2023 Days Late 156; Total x Late x Interest rate (.000411) = | 755.87 |

| **Total** | $1,774.50 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 9/5/2023 | L3629 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 9/5/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67572 Total $8580.79 Due 3/12/2023 Paid 8/18/2023 Days Late 159; Total x Late x Interest rate (.000411) = | 560.75 |
| Inv 67611 Total $3000 Due 3/13/2023 Paid 8/21/2023 Days Late 161; Total x Late x Interest rate (.000411) = | 198.51 |
| Inv 67611 Total $1670.4 Due 3/13/2023 Paid 8/18/2023 Days Late 158; Total x Late x Interest rate (.000411) = | 108.47 |

| | Total | $867.73 |
|--|-------|---------|

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 9/18/2023 | L3640 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 9/18/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67611 Total $6367.37 Due 3/13/2023 Paid 9/13/2023 Days Late 184; Total x Late x Interest rate (.000411) = | 481.53 |
| Inv 67670 Total $4042.55 Due 3/20/2023 Paid 9/13/2023 Days Late 177; Total x Late x Interest rate (.000411) = | 294.08 |

| | Total | $775.61 |
|--|-------|---------|

The Serengeti Trading Company, LP

19100 Hamilton Pool Road
Dripping Springs, TX 78620

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/2/2023 | L3650 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 10/2/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67670 Total $11251.25 Due 3/20/2023 Paid 9/21/2023 Days Late 185; Total x Late x Interest rate (.000411) = | 855.49 |

| | Total | $855.49 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 11/2/2023 | L3679 |

**Bill To**

Empire Coffee Company
106 Purdy Avenue
Portchester, NY 10573

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 11/2/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67885 Total $14293.48 Due 4/9/2023 Paid 10/25/2023 Days Late 199; Total x Late x Interest rate (.000411) = | 1,169.05 |
| Inv 67752 Total $13794.87 Due 4/2/2023 Paid 10/20/2023 Days Late 201; Total x Late x Interest rate (.000411) = | 1,139.61 |
| Inv 67670 Total $1467.77 Due 3/20/2023 Paid 10/20/2023 Days Late 214; Total x Late x Interest rate (.000411) = | 129.10 |

| | **Total** | $2,437.76 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 12/19/2023 | L3732 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 12/19/2023 |

| Description | Amount |
|-------------|--------|
| Inv 67885 Total $5660.09 Due 4/9/2023 Paid 12/4/2023 Days Late 239; Total x Late x Interest rate (.000411) = | 555.98 |
| Inv 67950 Total $4339.91 Due 4/6/2023 Paid 12/4/2023 Days Late 242; Total x Late x Interest rate (.000411) = | 431.66 |

| | **Total** | $987.64 |
|--|-----------|---------|

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 1/3/2024 | L3747 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 1/3/2024 |

| Description | Amount |
|-------------|--------|
| Inv 67950 Total $10000 Due 4/6/2023 Paid 12/26/2023 Days Late 264; Total x Late x Interest rate (.000411) = | 1,085.04 |

| | Total | $1,085.04 |
|--|-------|-----------|

# Invoice

The Serengeti Trading Company, LP

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 2/6/2024 | L3776 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 2/6/2024 |

| Description | Amount |
|-------------|--------|
| Inv 67950 Total $7977 Due 4/6/2023 Paid 1/16/2024 Days Late 285; Total x Late x Interest rate (.000411) = | 934.39 |
| Inv 68053 Total $7023 Due 4/23/2023 Paid 1/16/2024 Days Late 268; Total x Late x Interest rate (.000411) = | 773.57 |

| **Total** | $1,707.96 |

The Serengeti Trading Company, LP

**Invoice**

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 6/4/2024 | L3884 |

| Bill To |
|---------|
| Empire Coffee Company
106 Purdy Avenue
Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 6/4/2024 |

| Description | Amount |
|-------------|--------|
| Inv 68101 Total $20775.66 Due 4/13/2023 Paid 5/21/2024 Days Late 404; Total x Late x Interest rate (.000411) = | 3,449.67 |
| Inv 68053 Total $8109.37 Due 4/23/2023 Paid 5/21/2024 Days Late 394; Total x Late x Interest rate (.000411) = | 1,313.18 |
| Inv 68116 Total $2417.16 Due 4/29/2023 Paid 5/21/2024 Days Late 388; Total x Late x Interest rate (.000411) = | 385.46 |

| | **Total** | $5,148.31 |

# Invoice

The Serengeti Trading Company, LP

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 6/18/2024 | L3897 |

| Bill To |
|---------|
| Empire Coffee Company
106 Purdy Avenue
Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 6/18/2024 |

| Description | Amount |
|-------------|--------|
| Inv 68259 Total $16932.82 Due 5/4/2023 Paid 6/11/2024 Days Late 404; Total x Late x Interest rate (.000411) = | 2,811.59 |
| Inv 68351 Total $17254.4 Due 5/26/2023 Paid 6/14/2024 Days Late 385; Total x Late x Interest rate (.000411) = | 2,730.25 |
| Inv 68191 Total $13869.96 Due 5/7/2023 Paid 6/6/2024 Days Late 396; Total x Late x Interest rate (.000411) = | 2,257.42 |
| Inv 68406 Total $11054.48 Due 5/26/2023 Paid 6/14/2024 Days Late 385; Total x Late x Interest rate (.000411) = | 1,749.21 |
| Inv 68116 Total $9153.68 Due 4/29/2023 Paid 6/6/2024 Days Late 404; Total x Late x Interest rate (.000411) = | 1,519.91 |
| Inv 68351 Total $7598.87 Due 5/26/2023 Paid 6/11/2024 Days Late 382; Total x Late x Interest rate (.000411) = | 1,193.04 |
| Inv 68246 Total $6679.24 Due 5/15/2023 Paid 6/6/2024 Days Late 388; Total x Late x Interest rate (.000411) = | 1,065.13 |
| Inv 68246 Total $5078.6 Due 5/15/2023 Paid 6/11/2024 Days Late 393; Total x Late x Interest rate (.000411) = | 820.31 |

| | **Total** | $14,146.86 |

The Serengeti Trading Company, LP

# Invoice

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 7/18/2024 | L3936 |

| Bill To |
|---------|
| Empire Coffee Company<br>106 Purdy Avenue<br>Portchester, NY 10573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 7/18/2024 |

| Description | Amount |
|-------------|--------|
| Inv 71594 Total $19083.81 Due 3/1/2024 Billed Thru 7/15/2024 Days Late 136; Total x Late x Interest rate (.000411) = | 1,066.71 |
| Inv 68406 Total $4634.99 Due 5/26/2023 Billed Thru 7/15/2024 Days Late 416; Total x Late x Interest rate (.000411) = | 792.47 |
| Inv 68500 Total $14063.83 Due 6/4/2023 Billed Thru 7/15/2024 Days Late 407; Total x Late x Interest rate (.000411) = | 2,352.56 |
| Inv 68531 Total $11623.34 Due 6/10/2023 Billed Thru 7/15/2024 Days Late 401; Total x Late x Interest rate (.000411) = | 1,915.65 |
| Inv 68618 Total $15665.2 Due 6/15/2023 Billed Thru 7/15/2024 Days Late 396; Total x Late x Interest rate (.000411) = | 2,549.61 |
| Inv 68763 Total $18528.72 Due 6/29/2023 Billed Thru 7/15/2024 Days Late 382; Total x Late x Interest rate (.000411) = | 2,909.05 |
| Inv 68876 Total $31028.65 Due 7/15/2023 Billed Thru 7/15/2024 Days Late 366; Total x Late x Interest rate (.000411) = | 4,667.52 |
| Inv 68996 Total $31028.65 Due 7/16/2023 Billed Thru 7/15/2024 Days Late 365; Total x Late x Interest rate (.000411) = | 4,654.76 |
| Inv 69147 Total $34022.13 Due 7/31/2023 Billed Thru 7/15/2024 Days Late 350; Total x Late x Interest rate (.000411) = | 4,894.08 |
| Inv 69178 Total $18068.82 Due 8/12/2023 Billed Thru 7/15/2024 Days Late 338; Total x Late x Interest rate (.000411) = | 2,510.08 |
| Inv 69306 Total $23277.93 Due 8/12/2023 Billed Thru 7/15/2024 Days Late 338; Total x Late x Interest rate (.000411) = | 3,233.72 |
| Inv 69323 Total $9590.01 Due 8/12/2023 Billed Thru 7/15/2024 Days Late 338; Total x Late x Interest rate (.000411) = | 1,332.23 |
| Inv 69423 Total $17433.32 Due 9/1/2023 Billed Thru 7/15/2024 Days Late 318; Total x Late x Interest rate (.000411) = | 2,278.50 |
| Inv 69541 Total $14407.84 Due 9/1/2023 Billed Thru 7/15/2024 Days Late 318; Total x Late x Interest rate (.000411) = | 1,883.08 |
| Inv 69592 Total $10379.33 Due 9/7/2023 Billed Thru 7/15/2024 Days Late 312; Total x Late x Interest rate (.000411) = | 1,330.96 |
| Inv 69754 Total $12921.24 Due 10/6/2023 Billed Thru 7/15/2024 Days Late 283; Total x Late x Interest rate (.000411) = | 1,502.91 |
| Inv 69882 Total $9590.01 Due 10/6/2023 Billed Thru 7/15/2024 Days Late 283; Total x Late x Interest rate (.000411) = | 1,115.44 |

| | **Total** |
|---|-----------|

# Invoice

The Serengeti Trading Company, LP

19100 Hamilton Pool Road
Dripping Springs, TX 78620

| Date | Invoice # |
|------|-----------|
| 7/18/2024 | L3936 |

**Bill To**

Empire Coffee Company
106 Purdy Avenue
Portchester, NY 10573

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Late fee | Late Fee | 7/18/2024 |

| Description | Amount |
|-------------|--------|
| Inv 70137 Total $15702.28 Due 11/5/2023 Billed Thru 7/15/2024 Days Late 253; Total x Late x Interest rate (.000411) = | 1,632.77 |
| Inv 70322 Total $16779.48 Due 11/6/2023 Billed Thru 7/15/2024 Days Late 252; Total x Late x Interest rate (.000411) = | 1,737.88 |
| Inv 70652 Total $4961.15 Due 12/9/2023 Billed Thru 7/15/2024 Days Late 219; Total x Late x Interest rate (.000411) = | 446.55 |
| Inv 70726 Total $9709.89 Due 12/11/2023 Billed Thru 7/15/2024 Days Late 217; Total x Late x Interest rate (.000411) = | 866.00 |
| Inv 70727 Total $19292.29 Due 12/11/2023 Billed Thru 7/15/2024 Days Late 217; Total x Late x Interest rate (.000411) = | 1,720.62 |
| Inv 70728 Total $16788.34 Due 12/11/2023 Billed Thru 7/15/2024 Days Late 217; Total x Late x Interest rate (.000411) = | 1,497.30 |
| Inv 73155 Total $31302.19 Due 7/5/2024 Billed Thru 7/15/2024 Days Late 10; Total x Late x Interest rate (.000411) = | 128.65 |
| Inv 73271 Total $29702.88 Due 6/5/2024 Billed Thru 7/15/2024 Days Late 40; Total x Late x Interest rate (.000411) = | 488.32 |
| Inv 73463 Total $29610.29 Due 6/11/2024 Billed Thru 7/15/2024 Days Late 34; Total x Late x Interest rate (.000411) = | 413.77 |
| Inv 73505 Total $29656.58 Due 6/14/2024 Billed Thru 7/15/2024 Days Late 31; Total x Late x Interest rate (.000411) = | 377.85 |

| | **Total** | $50,299.04 |
|---|-----------|------------|