# EXHIBIT 3

# LEXITAS

**INVOICE**

TAX ID # 46-4363191

| | |
|---|---|
| Invoice Number: | PMLINV10492455 |
| Account: | MRK |
| Invoice Date: | 8/5/2024 |
| Sub Total: | $316.00 |
| Tax Total: | $0.00 |
| Balance Due: | $316.00 |

1235 Broadway
2nd Floor
New York, NY 10001
(212) 233-4040
(212) 732-4327 (fax)
nyprocessinfo@lexitaslegal.com

MARK R KOOK ESQ.
MARK R KOOK ESQ.
1180 AVENUE OF THE AMERICAS, 8TH FLOOR
NEW YORK NY 10036
UNITED STATES

Route: 70

File #:
Index #: 7:24-CV-05544-PMH
Your Contact: MARK R KOOK ESQ.
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
THE SERENGETI TRADING COMPANY, L.P. v. EMPIRE COFFEE COMPANY, INC.

| Job # | Date | Servee | Line Item Detail | Fee Prepaid | Fee Charge | Job Total |
|---|---|---|---|---|---|---|
| 22151138 | 7/30/2024 | EMPIRE COFFEE COMPANY, INC. | RULE 7.1 STATEMENT CIVIL COVER SHEET SUMMONS IN A CIVIL ACTION AND COMPLAINT DEMAND FOR JURY TRIAL | | | $164.00 |
| | | | CHARGE - Rush; Zip 10573; Service in Westchester | | $164.00 | |
| 22151161 | 7/29/2024 | EMPIRE COFFEE COMPANY, INC. | RULE 7.1 STATEMENT CIVIL COVER SHEET SUMMONS IN A CIVIL ACTION AND COMPLAINT DEMAND FOR JURY TRIAL | | | $152.00 |
| | | | CHARGE - Serve Sec. of State Rush | | $112.00 | |
| | | | SOS_FEE_ADV - Sec. of State Fee Advanced | $40.00 | | |

$316.00

File #:
Index #:
null v. null
Your Contact:

| Job # | Date | Servee | Line Item Detail | Fee Prepaid | Fee Charge | Job Total |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |
| | | | TOTSALESTAX - Direct Post - Total of Sales Tax | | | |

$0.00

| | |
|---|---|
| Sub Total: | $316.00 |
| Tax Total: | $0.00 |
| Invoice Total: | $316.00 |



For your convenience, below is a summary of individual file charges that are included on Invoice PMLINV10492455

1235 Broadway
2nd Floor
New York, NY 10001
(212) 233-4040
(212) 732-4327 (fax)
nyprocessinfo@lexitaslegal.com

MARK R KOOK ESQ.
MARK R KOOK ESQ.
1180 AVENUE OF THE AMERICAS, 8TH FLOOR
NEW YORK NY 10036
UNITED STATES

Route: 70

For your convenience, below is a summary of individual file charges that are included on Invoice PMLINV10492455

File #:
Index #:  7:24-CV-05544-PMH
Your Contact:  MARK R KOOK ESQ.

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
THE SERENGETI TRADING COMPANY, L.P. v. EMPIRE COFFEE COMPANY, INC.

| Job # | Date | Servee | Line Item Detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 22151138 | 7/30/2024 | EMPIRE COFFEE COMPANY, INC. | RULE 7.1 STATEMENT CIVIL COVER SHEET SUMMONS IN A CIVIL ACTION AND COMPLAINT DEMAND FOR JURY TRIAL | | | | $164.00 |
| | | | CHARGE - Rush; Zip 10573; Service in Westchester | | | $164.00 | |
| 22151161 | 7/29/2024 | EMPIRE COFFEE COMPANY, INC. | RULE 7.1 STATEMENT CIVIL COVER SHEET SUMMONS IN A CIVIL ACTION AND COMPLAINT DEMAND FOR JURY TRIAL | | | | $152.00 |
| | | | CHARGE - Serve Sec. of State Rush | | | $112.00 | |
| | | | SOS_FEE_ADV - Sec. of State Fee Advanced | | $40.00 | | |

$316.00