UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SERENGETI TRADING COMPANY, L.P.,<br><br>                                          Plaintiff,<br><br>-against-<br><br>EMPIRE COFFEE COMPANY, INC.,<br><br>                                          Defendant. | **DEFAULT JUDGMENT**<br><br>24-CV-05544 (PMH) |

PHILIP M. HALPERN, United States District Judge:

**UPON THE READING AND FILING OF THE ORDER TO SHOW CAUSE** filed by the Plaintiff, The Serengeti Trading Company, L.P., as well as the Affidavit of Jeff Whitmire dated November 26, 2024, the Affirmation of Mark R. Kook dated December 9, 2024 along with the attached exhibits thereto, and the Amended Affirmation of Service; and

**UPON** the failure of Defendant Empire Coffee Company, Inc. to appear before the Honorable Court;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff, The Serengeti Trading Company, L.P., have judgment against Defendant Empire Coffee Company, Inc., in the amount of $596,303.40 plus post judgment interest as provided in 28 U.S.C. § 196l(a), and that Plaintiff have execution therefor.

Dated: White Plains, New York
        February 4, 2025

**SO ORDERED**:

_____
Philip M. Halpern
United States District Judge